THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v MOHAMED KADRY, Respondent.

Submitted November 16, 2009; decided December 17, 2009

Reported below, 63 AD3d 856.

Motion to dismiss the appeal herein granted and appeal dismissed without prejudice to a motion by the People to reinstate the appeal should defendant return to this Court's jurisdiction (*see People v Diaz*, 7 NY3d 831 [2006]).

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES McRAE, Appellant.

Decided December 17, 2009

Reported below, 65 AD3d 1382.

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no civil appeal lies from the order of the Appellate Division entered in this criminal action (*see* NY Const, art VI, § 3 [b]; CPLR 5601; CPL 450.90).

BRIAN PETERS, Respondent, v THE KISSLING INTERESTS, INC., Appellant.

Submitted November 2, 2009; decided December 17, 2009

Reported below, 63 AD3d 1519.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

KEIWAN SITAL, Respondent, v CITY OF NEW YORK, Appellant.

Submitted October 5, 2009; decided December 17, 2009

Reported below, 60 AD3d 465.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution (*see Whitfield v City of New York*, 90 NY2d 777, 780-781 [1997]).